ALLEN J. CARBIS, APPELLANT, v. JOHN E. HARRIS, WARDEN OF UTAH STATE PRISON, RESPONDENT.

No. 6736. Decided November 6, 1944. (152 P. 2d, 954.)

*Duncan & Duncan,* of Salt Lake City, for appellant.

*Grover A. Giles,* Atty. Gen., and *Herbert F. Smart,* Asst. Atty. Gen., for respondent.

PER CURIAM.

The principles of law which control in this case were set out in the case of *Thompson* v. *Harris,* 106 Utah 32, 144 P. 2d 761, on rehearing, 107 Utah 99, 152 P. 2d 91.

The judgment of the lower court is affirmed.